FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-15-00222-CV

### Trial Court No. CV-12-9397

**Debbie Tarver**

**Vs.**

**Josette Newberry and Monica Newberry**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Indigent | $25.00 | Indigent |
| Required Texas.gov efiling fee | $30.00 | Indigent |
| Filing | $100.00 | Indigent |
| Supreme Court chapter 51 fee | $50.00 | Indigent |
| Motion fee | $10.00 | Julie L Conn |
| **TOTAL:** | $215.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 30th day of November 2015, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk